**Order entered January 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00790-CR

## KADARRIN WILLIAMS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-31022-W**

## ORDER

This appeal is **REINSTATED**.

The trial court has filed findings of fact in accordance with our order entered on December 18, 2014. The trial court has recommended that appellant be given an extension to file his brief until February 5, 2015. We **ADOPT** the trial court's findings and recommendation.

Appellant's brief shall be due on **February 5, 2015**.

/s/     LANA MYERS
        JUSTICE